# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE ABBAGO,                    )<br>                                  )<br>        Petitioner,          )<br>                                  )<br>    v.                        )<br>                                  )<br>DEBORAH K. JOHNSON, Warden,  )<br>                                  )<br>        Respondent.         )<br>_____)  | NO. CV 12-2585 DMG (FMO)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 29, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE